In the Matter of the Claim of EDSON A. BRIGHAM, Respondent, against ALLEGANY COUNTY, Appellant. STATE INDUSTRIAL BOARD, Respondent.

Argued December 3, 1942; decided January 14, 1943.

*Francis B. O'Connor* for appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

*William R. Van Campen* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.